AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**PETER STARCK,**

        Plaintiff,

    V.        CASE NUMBER: **04-C-70**

**MIDWEST AIRLINES, INC. and
JANE MARTIN,**

        Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that plaintiff's action is dismissed for failure to prosecute. This action is hereby DISMISSED WITHOUT PREJUDICE.**

    **November 2, 2005**               **SOFRON B. NEDILSKY**
Date                                               Clerk

                                                         s/ Linda M. Zik
                                                         (By) Deputy Clerk